# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1954      **Short Title:** *Berge v. School Committee of Gloucester, et al.*

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***:

Inge Berge _____ as the

[✔] appellant(s)      [ ] appellee(s)      [ ] amicus curiae

[ ] petitioner(s)      [ ] respondent(s)      [ ] intervenor(s)

/s/ Marc J. Randazza      December 21, 2022
Signature      Date

Marc J. Randazza
Name

Randazza Legal Group, PLLC      (702) 420-2001
Firm Name (if applicable)      Telephone Number

30 Western Avenue
Address      Fax Number

Gloucester, MA 01930      ecf@randazza.com
City, State, Zip Code      Email (required)

Court of Appeals Bar Number: 90629

Has this case or any related case previously been on appeal?

[✔] No      [ ] Yes     Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).