# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1954     **Short Title:** Berge v. School Committee of Gloucester, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
American Civil Liberties Union of Massachusetts, Inc. & New England First Amendment Coalition as the

[ ] appellant(s)        [ ] appellee(s)        [✔] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ Matthew R. Segal
Signature

March 2, 2023
Date

Matthew R. Segal
Name

ACLU of Massachusetts Foundation, Inc.
Firm Name (if applicable)

617-482-3170
Telephone Number

1 Center Plaza, Suite 850
Address

Fax Number

Boston, MA 02108
City, State, Zip Code

msegal@aclum.org
Email (required)

Court of Appeals Bar Number: 1151872

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No.

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).