## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. App. P. 26.1, *amici curiae* the American Civil Liberties Union of Massachusetts, Inc., and the New England First Amendment Coalition certify that neither has a parent corporation and that no publicly held corporation owns 10% or more of either's stock.