# United States Court of Appeals
## For the First Circuit

———————————————

No. 22-1954

INGE BERGE,

Plaintiff - Appellant,

v.

SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; STEPHANIE DELISI, in her personal capacity,

Defendants - Appellees.

———————————

**ORDER OF COURT**

Entered: March 3, 2023
Pursuant to 1st Cir. R. 27.0(d)

On March 2, 2023, American Civil Liberties Union of Massachusetts, Inc. and New England First Amendment Coalition filed a brief as amici curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). A corrected amicus brief must be filed no later than **March 10, 2023**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Marc John Randazza
Jay Marshall Wolman
Robert J. Morris II
John Joseph Davis Jr.
Ronald Gary London
Jaba Tsitsuashvili
Anna Jayne Goodman
Patrick M. Jaicomo
Anna Bidwell
Ruth A. Bourquin
Matthew R Segal
Alexandra Arnold