## DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, the Stanton Foundation First Amendment Clinic at Vanderbilt Law School and the National Press Photographers Association, by and through their undersigned counsel, hereby certify that they have no parent corporations and that no publicly held corporation owns 10% or more of their stock.

Respectfully submitted,

/s/ Jennifer Safstrom
Jennifer Safstrom

`