No. 22-1954
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
_____

INGE BERGE,

*Plaintiff-Appellant*,

v.

SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, IN HIS PERSONAL CAPACITY; ROBERTA A. EASON, IN HER PERSONAL CAPACITY; AND STEPHANIE DELISI, IN HER PERSONAL CAPACITY

*Defendants-Appellees*.

ON APPEAL FROM
United States District Court for the District of Massachusetts
No. 1:22-cv-10346
The Honorable Angel Kelley
_____

MOTION OF THE STANTON FOUNDATION FIRST AMENDMENT CLINIC AT VANDERBILT LAW SCHOOL AND THE NATIONAL PRESS PHOTOGRAPHERS ASSOCIATION FOR LEAVE TO FILE AMICI CURIAE BRIEF
_____

| | |
|---|---|
| Jennifer Safstrom | Mickey H. Osterreicher |
| Stanton Foundation First Amendment Clinic at Vanderbilt Law School | National Press Photographers Association |
| 131 21st Ave South | 120 Hooper Street |
| Nashville, TN 37203–1181 | Athens, GA 30602 |
| (615) 322-4964 | (716) 983-7800 |
| jennifer.safstrom@vanderbilt.edu | lawyer@NPPA.org |

*Counsel for Amici Curiae*

MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE

Pursuant to Federal Rule of Appellate Procedure 29(a) and First Circuit Rule 29(a), the Stanton Foundation First Amendment Clinic at Vanderbilt Law School and the National Press Photographers Association (collectively "proposed *amici*") respectfully move this Court for leave to file the accompanying *amici curiae* brief. In support of this Motion, proposed *amici* state as follows:

1. **The Stanton Foundation First Amendment Clinic at Vanderbilt Law School** ("Vanderbilt First Amendment Clinic" or "Clinic") defends and advances freedoms of speech, press, assembly, and petition through court advocacy. The Clinic engages in advocacy and representation on First Amendment issues across the country. Accordingly, the Clinic has an interest in promoting the sound interpretation of the First Amendment in a way that preserves the important freedoms of petition, assembly, and association afforded by the U.S. Constitution and subsequent court precedents.

2. **The National Press Photographers Association** ("NPPA") is a 501(c)(6) not-for-profit organization dedicated to the advancement of visual journalism in its creation, editing, and distribution. NPPA's members include video and still photographers, editors, students, and representatives of businesses that serve the visual journalism community. Since its founding in 1946, the NPPA has been the Voice of Visual Journalists, vigorously promoting the constitutional and intellectual

property rights of journalists as well as freedom of the press in all its forms, especially as it relates to visual journalism.

3. Rule 29(a)(3) requires proposed *amici* to explain why the brief is desirable and why the matters asserted are relevant to the disposition of the case. *See Mass. Food Ass'n v. Mass. Alcoholic Beverages Control Comm'n*, 197 F.3d 560, 568 (1st Cir. 1999) ("[A] court is usually delighted to hear additional arguments from able amici that will help the court toward right answers."); *Neonatology Assocs., P.A. v. C.I.R.*, 293 F.3d 128, 133 (3d Cir. 2002) (finding that "the criterion of desirability . . . is open-ended, but a broad reading is prudent"). One of the issues central to Plaintiff-Appellant's appeal is whether the right to record and publish videos of public officials conducting their official duties is well-established for the purposes of applying the qualified immunity. Consequently, the proposed *amici curiae* brief provides an in-depth analysis of this issue and supplements Plaintiff-Appellant's briefing. Proposed *amici* submit that these arguments provide a perspective that was not considered by the District Court, and which may aid this Court in its consideration of these issues. As such, the proposed *amicus curiae* brief analyzes matters relevant to the disposition of the case. *See* Fed. R. App. Proc. 29(a)(3).

4. Plaintiff-Appellant has consented to the filing of this brief.

5. Defendants-Appellees are not opposed to the filing of this brief.

6. For the reasons set forth herein, the Clinic and the NPPA respectfully request that this Court grant the instant motion for leave to file the proposed *amici curiae* brief.

        Respectfully submitted,

        /s/ Jennifer Safstrom
Jennifer Safstrom
Stanton Foundation First Amendment Clinic
Vanderbilt Law School
131 21st Ave South
Nashville, TN 37203-1181
(615) 322-4964
jennifer.safstrom@vanderbilt.edu

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system on March 9, 2023. All participants in the case are registered CM/ECF users who will be served by the appellate CM/ECF system.

Respectfully submitted,

/s/ Jennifer Safstrom
Jennifer Safstrom