```
            UNITED STATES COURT OF APPEALS
               FOR THE FIRST CIRCUIT

                      No. 22-1954

                      INGE BERGE,
                  Plaintiff-Appellant,

                          v.

         SCHOOL COMMITTEE OF GLOUCESTER, et al.,
                  Defendant-Appellees.
         _____
```

**MOTION OF DEFENDANT-APPELLEES TO ENLARGE TIME FOR FILING BRIEF**

The defendant-appellees hereby move, pursuant to Rules 26(b) and 27(b) of the Federal Rules of Appellate Procedure, that this Court extend the time within which they may file an appellate brief in the above-captioned matter by an additional thirty-three (33) days, up to and including April 28, 2023. As grounds therefor, the defendants state that, due to other commitments and responsibilities in unrelated legal matters, as well as a pre-planned trip out-of-state to visit family, undersigned counsel requires additional time to prepare and file defendants' brief. An extension of time will neither prejudice the plaintiff nor unduly delay the progress of this appeal. Further, this is defendants' first request for an extension of time. Finally, plaintiff ASSENTS to this motion

WHEREFORE, the defendant-appellees move under Fed. R. Civ. P. 26(b) & 27(b) that this Court, for good cause shown, extend the

time within which they may file an appellate brief in the above-captioned matter by an additional thirty-three (33) days, up to and including April 28, 2023.

>Respectfully submitted,
>
>The Defendant-Appellees,
>
>SCHOOL COMMITTEE OF GLOUCESTER,
>BEN LUMMIS, ROBERTA EASON, and
>STEPHANIE DELISI,
>
>By their Attorneys,
>
>**PIERCE DAVIS & PERRITANO LLP**
>
>*/s/ John J. Davis*
>_____
>John J. Davis, BBO #115890
>10 Post Office Square, Suite 1100N
>Boston, MA 02109
>(617) 350-0950
>jdavis@piercedavis.com

Dated:   March 13, 2023

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 13, 2023.

>*/s/ John J. Davis*
>_____
>John J. Davis, Esq.