# United States Court of Appeals
## For the First Circuit

No. 22-1954

INGE BERGE,

Plaintiff - Appellant,

v.

SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; STEPHANIE DELISI, in her personal capacity,

Defendants - Appellees.

**ORDER OF COURT**

Entered: March 13, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellees Stephanie Delisi, Roberta A. Eason, Ben Lummis and School Committee of Gloucester to file a brief be enlarged to and including **April 28, 2023**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Alexandra Arnold
Anna Bidwell
Ruth A. Bourquin
John Joseph Davis Jr.
Anna Jayne Goodman
Patrick M. Jaicomo
Ronald Gary London
Robert J. Morris II
Marc John Randazza
Jennifer Safstrom
Matthew R Segal
Jaba Tsitsuashvili
Jay Marshall Wolman