# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 22-1954        Short Title: Berge v. School Committee of Gloucester

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Stanton Foundation First Amendment Clinic at Vanderbilt Law School and National Press Photographers Association as the

[ ] appellant(s)         [ ] appellee(s)         [✓] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

_____        3/14/23
Signature                         Date

Jennifer Safstrom
Name

First Amendment Clinic, Vanderbilt Law        (615) 322-4964
Firm Name (if applicable)                     Telephone Number

131 21st Ave S                                _____
Address                                        Fax Number

Nashville, TN 37203                           jennifer.safstrom@vanderbilt.edu
City, State, Zip Code                         Email (required)

Court of Appeals Bar Number: 1206494

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes    Court of Appeals No._____

---

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).