# United States Court of Appeals
## For the First Circuit

No. 22-1954

INGE BERGE,

Plaintiff - Appellant,

v.

SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; STEPHANIE DELISI, in her personal capacity,

Defendants - Appellees.

**ORDER OF COURT**

Entered: March 28, 2023
Pursuant to 1st Cir. R. 27.0(d)

No objections having been filed, the motion of the Stanton Foundation First Amendment Clinic at Vanderbilt Law School and the National Press Photographers Association for leave to file an amici curiae brief is granted, and the brief is accepted for filing this day.

By the Court:

Maria R. Hamilton, Clerk

cc:
Ruth A. Bourquin
John Joseph Davis, Jr.
Marc John Randazza
Jay Marshall Wolman
Matthew R Segal
Ronald Gary London
Alexandra Arnold
Robert J. Morris, II
Jennifer Safstrom
Jaba Tsitsuashvili
Anna Jayne Goodman
Patrick M. Jaicomo
Anna Bidwell