No. 22-1954
_____

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

_____

INGE BERGE,

*Plaintiff-Appellant,*

*v.*

SCHOOL COMMITTEE OF GLOUCESTER;
BEN LUMMIS, in his personal capacity;
ROBERTA A. EASON, in her personal capacity; and
STEPHANIE DELISI, in her personal capacity,

*Defendants-Appellees.*

_____

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**
_____

Matthew R. Segal hereby moves for leave to withdraw his appearance as counsel for *amicus curiae* American Civil Liberties Union of Massachusetts, Inc. ACLUM is still represented by other counsel in this case.

| | |
|---|---|
| Date: March 28, 2023 | Respectfully submitted,<br><br>*/s/ Matthew R. Segal*<br>Matthew Segal, 1st Cir. No. 1151872<br>American Civil Liberties Union<br>Foundation of Massachusetts, Inc.<br>One Center Plaza, Suite 850<br>Boston, MA 02108<br>617.482.3170<br>msegal@aclum.org |

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed through the Electronic Court Filing system on March 28, 2023, and a copy thereof will be sent electronically to the registered recipients as identified on the Notice of Electronic Filing.

|  |  |
|---|---|
| March 28, 2023 | /s/ *Matthew R. Segal*<br>Matthew R. Segal |