# United States Court of Appeals
## For the First Circuit

_____

No.22-1954

INGE BERGE,

Plaintiff - Appellant,

v.

SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; STEPHANIE DELISI, in her personal capacity,

Defendants - Appellees.

_____

**ORDER OF COURT**

Entered: March 31, 2023
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration, the motion to withdraw Attorney Matthew R. Segal as counsel for Amici Curiae American Civil Liberties Union of Massachusetts, Inc. is granted. Attorney Segal is hereby withdrawn as counsel of record, and Amici Curiae American Civil Liberties Union of Massachusetts, Inc. will continue to be represented by its remaining counsel of record.


                     By the Court:

                     Maria R. Hamilton, Clerk


cc:
Marc John Randazza, Jay Marshall Wolman, Robert J. Morris II, John Joseph Davis Jr., Ronald Gary London, Jaba Tsitsuashvili, Anna Jayne Goodman, Patrick M. Jaicomo, Anna Bidwell, Ruth A. Bourquin, Matthew R Segal, Alexandra Arnold, Jennifer Safstrom