No. 22-1954

*In the*

# UNITED STATES COURT OF APPEALS
*for the*
# FIRST CIRCUIT

INGE BERGE

*Plaintiff-Appellant,*

v.

SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, IN HIS PERSONAL CAPACITY; ROBERTA A. EASON, IN HER PERSONAL CAPACITY; AND STEPHANIE DELISI, IN HER PERSONAL CAPACITY

*Defendants-Appellees.*

*On Appeal from the United States District Court
for the District of Massachusetts
No. 1:22-cv-10346
The Honorable Angel Kelley*

## APPELLANT'S UNOPPOSED MOTION TO POSTPONE ORAL ARGUMENT TO WEEK OF SEPTEMBER 6

MARC J. RANDAZZA
JAY M. WOLMAN
ROBERT J. MORRIS II
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
ecf@randazza.com

MARK TRAMMELL
JOSHUA DIXON
ERIC SELL
CENTER FOR AMERICAN LIBERTY
1311 South Main Street, Ste. 302
Mount Airy, MD 21771
Tel: (703) 687-6200
MTrammell@libertyCenter.org

The Appellant, Inge Berge, moves pursuant to Fed. R. App. P. 34(b) and 1st Cir. R. 34.1(d), to postpone oral argument, presently scheduled for July 24, 2023, to the next Court session, beginning September 6, 2023.

Lead counsel for Appellant, Marc J. Randazza, is currently undergoing medical treatment. That medical treatment is scheduled to end on July 26, 2023, and at least one month of recuperation time is expected after the end of treatment, until Attorney Randazza is able to participate in oral argument without causing grave prejudice to Appellant.

Upon consultation with counsel for Appellees, the relief requested in this motion is unopposed.

Therefore, Appellant respectfully seeks an order from this Court postponing oral argument for a date and time convenient to the Court during the oral argument sessions on September 6, 2023, or as soon thereafter as the parties may be heard.

Dated: June 22, 2023.                    Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Jay M. Wolman
Jay M. Wolman (Bar No. 1135959)
Marc J. Randazza (Bar No. 90629)
Robert J. Morris II (Bar No. 1205891)
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
ecf@randazza.com

Mark. Trammell
MTrammell@libertyCenter.org
Joshua W. Dixon
JDixon@LibertyCenter.org
Eric A. Sell
ESell@LibertyCenter.org
CENTER FOR AMERICAN LIBERTY
1311 South Main Street, Suite 302
Mount Airy, MD 21771
Tel: (703) 687-6200

*Attorneys for Appellant,*
*Inge Berge.*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

Exclusive of the accompanying documents as authorized by Fed. R. App. P. 27(a)(2)(B) and the exempted portions of the motion as provided by Fed. R. App. P. 27(d)(2) and 32(f), the motion contains 144 words.

The motion has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

Dated: June 22, 2023.                    RANDAZZA LEGAL GROUP, PLLC

                                         /s/ Jay M. Wolman
                                         Jay M. Wolman

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: June 22, 2023.                                RANDAZZA LEGAL GROUP, PLLC

/s/ Jay M. Wolman
Jay M. Wolman