# United States Court of Appeals
## For the First Circuit

————————————

No. 22-1954

INGE BERGE,

Plaintiff - Appellant,

v.

SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; STEPHANIE DELISI, in her personal capacity,

Defendants - Appellees.

————————————
**ORDER OF COURT**

Entered: June 27, 2023

Upon consideration of the motion of appellant Inge Berge, the motion to reschedule oral argument is granted. The case is removed from the oral argument calendar for Monday, July 24, 2023. It is anticipated that the case will be scheduled in the September 2023 sitting.


By the Court:

Maria R. Hamilton, Clerk


cc:
Ruth A. Bourquin
John Joseph Davis, Jr.
Marc John Randazza
Jay Marshall Wolman
Matthew R Segal
Ronald Gary London
Alexandra Arnold
Robert J. Morris, II
Jennifer Safstrom
Jaba Tsitsuashvili
Anna Jayne Goodman
Patrick M. Jaicomo
Anna Bidwell