# No. 22-1954

*In the*

# UNITED STATES COURT OF APPEALS
*for the*
# FIRST CIRCUIT

INGE BERGE

*Plaintiff-Appellant,*

v.

SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, IN HIS PERSONAL CAPACITY; ROBERTA A. EASON, IN HER PERSONAL CAPACITY; AND STEPHANIE DELISI, IN HER PERSONAL CAPACITY

*Defendants-Appellees.*

*On Appeal from the United States District Court
for the District of Massachusetts
No. 1:22-cv-10346
The Honorable Angel Kelley*

## APPELLANT'S MOTION FOR LEAVE TO ENTER LATE APPEARANCE OF JAY M. WOLMAN

MARC J. RANDAZZA
JAY M. WOLMAN
ROBERT J. MORRIS II
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
ecf@randazza.com

MARK TRAMMELL
JOSHUA DIXON
ERIC SELL
CENTER FOR AMERICAN LIBERTY
1311 South Main Street, Ste. 302
Mount Airy, MD 21771
Tel: (703) 687-6200
MTrammell@libertyCenter.org

Pursuant to Local Rule 12.0(a), Appellant moves to file a late entry of appearance by Attorney Jay Wolman, which is filed herewith. Although this appearance comes after the appellees' brief was filed, Attorney Wolman was identified as being on-brief for Appellant's opening brief (and reply brief). It was not, however, anticipated at the time that Attorney Wolman would need to specifically and separately enter an appearance before this court. However, the illness and extended recovery of Attorney Randazza necessitated the submission by Attorney Wolman of the recent motion to continue argument. Attorney Randazza, however, remains lead counsel of record and is the one who Appellant intends to have argue the case.

Counsel for Appellees do not object to the relief requested herein.

Appellant apologizes to the Court for the confusion and respectfully requests the late entry of appearance by Attorney Wolman be allowed.

Dated: August 3, 2023.

Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Jay M. Wolman
Jay M. Wolman (Bar No. 1135959)
Marc J. Randazza (Bar No. 90629)
Robert J. Morris II (Bar No. 1205891)
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
ecf@randazza.com

Mark. Trammell
MTrammell@libertyCenter.org
Joshua W. Dixon
JDixon@LibertyCenter.org
Eric A. Sell
ESell@LibertyCenter.org
CENTER FOR AMERICAN LIBERTY
1311 South Main Street, Suite 302
Mount Airy, MD 21771
Tel: (703) 687-6200

*Attorneys for Appellant,*
*Inge Berge.*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

Exclusive of the accompanying documents as authorized by Fed. R. App. P. 27(a)(2)(B) and the exempted portions of the motion as provided by Fed. R. App. P. 27(d)(2) and 32(f), the motion contains 143 words.

The motion has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

Dated: August 3, 2023.          RANDAZZA LEGAL GROUP, PLLC

/s/ Jay M. Wolman
Jay M. Wolman

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: August 3, 2023.              RANDAZZA LEGAL GROUP, PLLC

/s/ Jay M. Wolman
Jay M. Wolman