# United States Court of Appeals
## For the First Circuit

No. 22-1954

INGE BERGE,

Plaintiff - Appellant,

v.

SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; STEPHANIE DELISI, in her personal capacity,

Defendants - Appellees.

**ORDER OF COURT**

Entered: August 4, 2023
Pursuant to 1st Cir. R. 27.0(d)

The motion for leave to Attorney Jay M. Wolman to file a late appearance on behalf of Appellant Inge Berge is allowed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Marc John Randazza
Jay Marshall Wolman
Robert J. Morris II
John Joseph Davis Jr.
Ronald Gary London
Jaba Tsitsuashvili
Anna Jayne Goodman
Patrick M. Jaicomo
Anna Bidwell
Ruth A. Bourquin
Alexandra Arnold
Matthew R Segal
Jennifer Safstrom