# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1954        **Short Title:** *Berge v. School Committee of Gloucester, et al.*

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Inge Berge                                                                                     as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Jay M. Wolman  
Signature

August 3, 2023  
Date

Jay M. Wolman  
Name

Randazza Legal Group, PLLC  
Firm Name (if applicable)

888-887-1776  
Telephone Number

30 Western Avenue  
Address

Fax Number

Gloucester, MA 01930  
City, State, Zip Code

jmw@randazza.com  
Email (required)

Court of Appeals Bar Number: 1135959

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).