# United States Court of Appeals
## For the First Circuit

No. 22-1954

INGE BERGE,

Plaintiff - Appellant,

v.

SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; STEPHANIE DELISI, in her personal capacity,

Defendants - Appellees.

**ORDER OF COURT**

Entered: August 8, 2023

Upon consideration of the motion of appellant Inge Berge, the motion to reschedule oral argument to the January 2024 sitting or thereafter is granted. The case is removed from the oral argument calendar for Monday, September 11, 2023. It is anticipated that the case will be scheduled in due course.

By the Court:

Maria R. Hamilton, Clerk

cc:
Marc John Randazza
Jay Marshall Wolman
Robert J. Morris II
John Joseph Davis Jr.
Ronald Gary London
Jaba Tsitsuashvili
Anna Jayne Goodman
Patrick M. Jaicomo
Anna Bidwell
Ruth A. Bourquin
Alexandra Arnold
Matthew R Segal
Jennifer Safstrom