No. 22-1954

In The
# United States Court of Appeals
### For The First Circuit

**INGE BERGE,**

*Plaintiff-Appellant,*

*v.*

**SCHOOL COMMITTEE OF GLOUCESTER, BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; and STEPHANIE DELISI, in her personal capacity,**

*Defendants-Appellee.*

## MOTION TO WITHDRAW AS COUNSEL

In accordance with Federal Rule of Appellate Procedure 27(a)(1) and Local Rule 12.0(b), Anna J. Goodman respectfully requests that this Court withdraw her appearance as counsel for Amicus Curiae Institute for Justice. After August 9, 2023, Ms. Goodman will no longer be an employee of the Institute for Justice.

Amicus Curiae Institute for Justice will continue to be represented by the remaining counsel of record, Jaba Tsitsuashvili,

Patrick M. Jaicomo, and Anya Bidwell, from the Institute for Justice, Mr. Jaba Tsitsuashvili will now serve as lead counsel.

Dated: August 9, 2023                    Respectfully submitted,

/s/ Anna J. Goodman
Anna J. Goodman, No. 1207113
Jaba Tsitsuashvili, No. 1207112
Patrick Jaicomo, No. 1207114
Anya Bidwell, No. 1207115
INSTITUTE FOR JUSTICE
901 North Glebe Road
Suite 900
Arlington, VA 22203
(703) 682-9320
agoodman@ij.org

*Counsel for Amicus Curiae*