# United States Court of Appeals
## For the First Circuit

No. 22-1954

INGE BERGE,

Plaintiff - Appellant,

v.

SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; STEPHANIE DELISI, in her personal capacity,

Defendants - Appellees.

**ORDER OF COURT**

Entered: August 10, 2023
Pursuant to 1st Cir. R. 27.0(d)

Attorney Anna J. Goodman has filed a motion to withdraw as counsel of record for Amicus Curiae Institute for Justice. Upon consideration, the motion is allowed. Amicus Curiae Institute for Justice will continue to be represented by its remaining counsel of record.

By the Court:

Maria R. Hamilton, Clerk

cc:
Marc John Randazza
Jay Marshall Wolman
Robert J. Morris II
John Joseph Davis Jr.
Ronald Gary London
Jaba Tsitsuashvili
Anna Jayne Goodman
Patrick M. Jaicomo
Anna Bidwell
Ruth A. Bourquin
Alexandra Arnold
Matthew R Segal
Jennifer Safstrom