**No. 22-1954**

*In the*

# UNITED STATES COURT OF APPEALS
*for the*
# FIRST CIRCUIT

INGE BERGE

*Plaintiff-Appellant,*

v.

SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, IN HIS PERSONAL CAPACITY; ROBERTA A. EASON, IN HER PERSONAL CAPACITY; AND STEPHANIE DELISI, IN HER PERSONAL CAPACITY

*Defendants-Appellees.*

*On Appeal from the United States District Court
for the District of Massachusetts
No. 1:22-cv-10346
The Honorable Angel Kelley*

## APPELLANT'S UNOPPOSED MOTION TO POSTPONE ORAL ARGUMENT TO FEBRUARY 2024

MARC J. RANDAZZA
JAY M. WOLMAN
ROBERT J. MORRIS II
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
ecf@randazza.com

MARK TRAMMELL
JOSHUA DIXON
ERIC SELL
CENTER FOR AMERICAN LIBERTY
1311 South Main Street, Ste. 302
Mount Airy, MD 21771
Tel: (703) 687-6200
MTrammell@libertyCenter.org

The Appellant, Inge Berge, moves pursuant to Fed. R. App. P. 34(b) and 1st Cir. R. 34.1(d), to postpone oral argument, presently scheduled for January 9, 2024, to the Court session beginning in February of 2024.

Counsel for Appellant presently has a separate case before this Court which is also scheduled for oral argument on January 9, 2024. Lead counsel for Appellant, Marc J. Randazza, recognizes that preparing for and participating in oral argument in both cases on the same day will cause prejudice to both clients. Counsel for Appellants attempted to re-schedule either oral argument to a different day during the January 2024 sitting. Altough counsel conferred with this Court's Calendar Clerk as soon as the Calendaring Notice was filed on November 29, 2023, the Calendar Clerk informed counsel that the January 2024 schedule could not be changed, and that a motion would need to be filed to request postponement. This is Appellant's third request for postponement. The first and second requests for postponement were necessary due to lead counsel's then ongoing cancer treatments and recovery.

Upon consultation with counsel for Appellees, the relief requested in this motion is assented to.

Therefore, Appellant respectfully seeks an order from this Court postponing oral argument for a date and time convenient to the Court during the oral argument sessions in February 2024, or as soon thereafter as the parties may be heard.

Dated: December 7, 2023.

Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Marc J. Randazza (Bar No. 90629)
Jay M. Wolman (Bar No. 1135959)
Robert J. Morris II (Bar No. 1205891)
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
ecf@randazza.com

Mark. Trammell
MTrammell@libertyCenter.org
Joshua W. Dixon
JDixon@LibertyCenter.org
Eric A. Sell
ESell@LibertyCenter.org
CENTER FOR AMERICAN LIBERTY
1311 South Main Street, Suite 302
Mount Airy, MD 21771
Tel: (703) 687-6200

*Attorneys for Appellant,*
*Inge Berge.*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

Exclusive of the accompanying documents as authorized by Fed. R. App. P. 27(a)(2)(B) and the exempted portions of the motion as provided by Fed. R. App. P. 27(d)(2) and 32(f), the motion contains 231 words.

The motion has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

Dated: December 7, 2023.            RANDAZZA LEGAL GROUP, PLLC

                                    /s/ Marc J. Randazza
                                    Marc J. Randazza

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2023, I electronically filed the foregoing

with the Clerk of the Court for the United States Court of Appeals for the First

Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by

the appellate CM/ECF system.

Dated: December 7, 2023.                    RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Marc J. Randazza