No. 22-1954

# United States Court of Appeals For the First Circuit

INGE BERGE;
Plaintiff - Appellant

v.

SCHOOL COMMITTEE OF GLOUCESTER, BEN LUMMIS, ROBERTA A. EASON and STEPHANIE DELISI;
Defendants - Appellees

ON APPEAL FROM A JUDGMENT OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**APPELLEES' MOTION FOR LEAVE TO FILE NOTICE OF APPEARANCE**

JOHN J. DAVIS, ESQ.
FIRST CIRCUIT NO. 40366
PIERCE DAVIS & PERRITANO LLP
10 Post Office Square – Suite 1100N
Boston, Massachusetts 02109
(617) 350-0950
jdavis@piercedavis.com

1

The Appellees School Committee Of Gloucester, Ben Lummis, Roberta A. Eason and Stephanie Delisi hereby move, pursuant to Local Rule 12.0, for leave to file a Notice of Appearance of Attorney Justin L. Amos. In support thereof, the Appellees state as follows:

1. This appeal is currently scheduled for oral argument on January 9, 2024. On December 7, 2023, lead counsel for the Appellant recently filed a Unopposed Motion to Postpone Oral Argument to February 2024. [Doc. 00118082432]. The Court has not yet acted on this motion.

2. Counsel for the Appellees, John J. Davis, has a conflict on January 9, 2024.

3. Attorney Justin L. Amos is prepared to argue the appeal, should it remain scheduled for January 9, 2024.

4. Because the Appellees' brief has already been filed, leave of court is required in order to file a Notice of Appearance.

5. A proposed Notice of Appearance is attached as Exhibit 1. A proposed Designation of Oral Argument is attached as Exhibit 2. Should this Court grant the instant Motion, the Appellees request that Exhibits 1 & 2 be accepted for docketing or, in the alternative, the Appellees agree to file Exhibits 1 & 2 within 2 business days of this Court's order.

                                      Respectfully submitted,

                                      */s/ John J. Davis*

                                      JOHN J. DAVIS, ESQ.
                                      First Circuit No. 40366
                                      PIERCE DAVIS & PERRITANO LLP
                                      10 Post Office Square – Suite 1100N
                                      Boston, Massachusetts 02109
                                      (617) 350-0950
                                      jdavis@piercedavis.com

Dated: December 13, 2023

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 27(d) and 32(g), the undersigned hereby certifies that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). Exclusive of the accompanying documents as authorized by Fed. R. App. P. 27(a)(2)(B) and the exempted portions of the motion as provided by Fed. R. App. P. 27(d)(2) and 32(f), the motion contains 204 words. The motion has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14-point Times New Roman font as provided by Fed. R. App. P. 32(a)(5)-(6). As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

/s/ *John J. Davis*
JOHN J. DAVIS

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th of December, 2023, the foregoing Defendants - Appellees' Brief was filed electronically with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record, if registered as ECF filers, will be served by the CM/ECF system upon:

Marc J. Randazza, Esq.
Jay M. Wolman, Esq.
Robert J. Morris II, Esq.
RANDAZZA LEGAL GROUP, LLC
30 Western Avenue
Gloucester, MA 01930
(888) 887-1776
ecf@randazza.com

Mark Trammell, Esq.
Joshua W. Dixon, Esq.
Eric A. Sell, Esq.
CENTER FOR AMERICAN LIBERTY
1311 South Main Street, Suite 302
Mount Airy, MD 21771
Tel: (703) 687-6200
MTrammell@libertyCenter.org
JDixon@LibertyCenter.org
ESell@LibertyCenter.org

*/s/ John J. Davis*
JOHN J. DAVIS