# United States Court of Appeals
## For the First Circuit

---

No. 22-1954

INGE BERGE,

Plaintiff - Appellant,

v.

SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; STEPHANIE DELISI, in her personal capacity,

Defendants - Appellees.

---

**ORDER OF COURT**

Entered: December 15, 2023

    Appellant Inge Berge's motion to reschedule oral argument is allowed. The case is removed from the calendar for Tuesday, January 9, 2024, and will be rescheduled in due course.

By the Court:

Maria R. Hamilton, Clerk

cc:
Marc John Randazza
Jay Marshall Wolman
Robert J. Morris II
John Joseph Davis Jr.
Justin Lee Amos
Ronald Gary London
Jaba Tsitsuashvili
Patrick M. Jaicomo
Anna Bidwell
Ruth A. Bourquin
Alexandra Arnold
Matthew R Segal
Jennifer Safstrom