# United States Court of Appeals
## For the First Circuit

───────────────────

No. 22-1954

INGE BERGE,

Plaintiff - Appellant,

v.

SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; STEPHANIE DELISI, in her personal capacity,

Defendants - Appellees.

───────────────────

**ORDER OF COURT**

Entered: December 15, 2023
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration, Attorney Justin L. Amos's motion for leave to enter an appearance on behalf of Appellees School Committee Of Gloucester, Ben Lummis, Roberta A. Eason and Stephanie Delisi is granted. Attorney Justin L. Amos's notice of appearance and designation forms are accepted for filing as of this date.

By the Court:

Maria R. Hamilton, Clerk

cc:
Marc John Randazza, Jay Marshall Wolman, Robert J. Morris II, John Joseph Davis Jr., Justin Lee Amos, Ronald Gary London, Jaba Tsitsuashvili, Patrick M. Jaicomo, Anna Bidwell, Ruth A. Bourquin, Alexandra Arnold, Matthew R Segal, Jennifer Safstrom