# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1954    **Short Title:** Berge v. School Committee of

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

School Committee of Gloucester, Ben Lummins, Roberta Eason, Stephanie Delisi as the

[ ] appellant(s)  [✓] appellee(s)  [ ] amicus curiae

[ ] petitioner(s)  [ ] respondent(s)  [ ] intervenor(s)

/s/ Justin L. Amos    12-13-23
Signature    Date

Justin L. Amos
Name

Pierce, Davis, & Perritano LLP    617-350-0950
Firm Name (if applicable)    Telephone Number

10 Post Office Square, Suite 1100N    617-350-7760
Address    Fax Number

Boston, MA 02109    jamos@piercedavis.com
City, State, Zip Code    Email (required)

Court of Appeals Bar Number: 1185170

Has this case or any related case previously been on appeal?

[✓] No    [ ] Yes  Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on December 13, 2023.

                                        */s/ Justin L. Amos*

                                        _____

                                        Justin L. Amos, Esq.