# United States Court of Appeals
## For the First Circuit

_____

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 22-1954

Case Name: INGE BERGE v. SCHOOL COMMITTEE OF GLOUCESTER, et a.

Date of Argument: January 9, 2024

Location of Argument: ☑ Boston ☐ Puerto Rico ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Appelleees School Committee of Gloucester, Ben Lummis, Roberta A. Eason, Stephanie Delisi

Attorney Name: Justin L. Amos          First Circuit Bar No.: 1185170

Phone Number: 617-350-0950            Fax Number: 617-350-7760

Email: jamos@piercedavis.com

Check the box that applies:

☐ I have already filed an appearance in this matter.

☑ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

/s/ Justin L. Amos                                December 13, 2023
(Signature)                                              (Date)

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on December 13, 2023.

                                               */s/ Justin L. Amos*

                                               _____
                                               Justin L. Amos, Esq.