**No. 22-1954**

*In the*

# UNITED STATES COURT OF APPEALS
*for the*
# FIRST CIRCUIT

INGE BERGE

*Plaintiff-Appellant,*

v.

SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, IN HIS PERSONAL CAPACITY; ROBERTA A. EASON, IN HER PERSONAL CAPACITY; AND STEPHANIE DELISI, IN HER PERSONAL CAPACITY

*Defendants-Appellees.*

*On Appeal from the United States District Court
for the District of Massachusetts
No. 1:22-cv-10346
The Honorable Angel Kelley*

**NOTICE OF UNAVAILABILITY FOR ORAL ARGUMENT**

MARC J. RANDAZZA
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
Tel: 702-420-2001
ecf@randazza.com

PLEASE TAKE NOTICE that undersigned counsel, Marc J. Randazza, will be unavailable for oral argument from March 4, 2024, through April 13, 2024, due to an out-of-state jury trial. As such, undersigned counsel for Appellant, Inge Berge, respectfully requests that oral argument in this case be scheduled during the February, 2024, oral argument sitting before this Court.

Date: December 18, 2023.

Respectfully submitted,

RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Marc J. Randazza (Bar No. 90629)
30 Western Avenue
Gloucester, MA 01930
Tel: (888) 887-1776
ecf@randazza.com

*Attorneys for Appellant*
*Inge Berge.*

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: December 18, 2023.                    RANDAZZA LEGAL GROUP, PLLC

/s/ Marc J. Randazza
Marc J. Randazza