# United States Court of Appeals
## For the First Circuit

_____

No. 22-1954

INGE BERGE,

Plaintiff, Appellant,

v.

SCHOOL COMMITTEE OF GLOUCESTER;
BEN LUMMIS, in his personal capacity;
ROBERTA A. EASON, in her personal capacity;
STEPHANIE DELISI, in her personal capacity,

Defendants, Appellees.
_____

Before

Barron, Chief Judge,
Thompson and Montecalvo, Circuit Judges.
_____

**ORDER OF COURT**

Entered: February 1, 2024

The parties are directed to be prepared to discuss at oral argument this court's opinion in Pitta v. Medeiros, 90 F.4th 11 (1st Cir. 2024), and its implications, if any, on the arguments before us.

By the Court:

Maria R. Hamilton, Clerk

cc:
Marc John Randazza, Jay Marshall Wolman, Robert J. Morris II, John Joseph Davis Jr., Justin Lee Amos, Ronald Gary London, Jaba Tsitsuashvili, Patrick M. Jaicomo, Anna Bidwell, Ruth A. Bourquin, Alexandra Arnold, Matthew R Segal, and Jennifer Safstrom.