

10 Post Office Square, Suite 1100N, Boston, MA 02109
Phone: 617.350.0950 | Fax: 617.350.7760

John J. Davis
Ext. 102
jdavis@piercedavis.com

February 16, 2024

Maria R. Hamilton, Clerk
United States Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re:  *Inge Berge v. School Committee of Gloucester, et al.*
     *Appeal No. 22-1954*
     *Our File No. 282-0414929*

Dear Clerk Hamilton:

     Pursuant to Fed.R.App.P. 28(j), counsel for the Defendants-Appellees[1] hereby submit this response to the Plaintiff-Appellant's Rule 28(j) letter to address two issues therein. [Doc. 00118107043]. First, the issue of nominal damages was already addressed at oral argument, at which undersigned counsel agreed that nominal damages are recoverable where a constitutional deprivation has occurred, even where injunctive relief may be mooted.

     Second, the four cases cited in the Letter do not stand for the proposition that the existence of nominal damages revives otherwise moot claims for injunctive relief. Likewise, none of the four cited cases stands for the proposition that the District's withdrawal of the letter does not moot the case. The remaining argument set forth in the Letter is wholly speculative and, in one instance, appears to be asking for the District to refuse to cooperate with law enforcement. None of these arguments move the ball toward reviving the clearly moot request for injunctive relief.

Very truly yours,

**PIERCE DAVIS & PERRITANO LLP**

*/s/ John J. Davis*

John J. Davis, First Cir. No. 40366

---

[1] Ben Lummis, Roberta A. Eason, and Stephanie Delisi.

**PIERCE, DAVIS & PERRITANO, LLP**

Maria R. Hamilton, Clerk
United States Court of Appeals for the First Circuit
February 16, 2024
Page 2


JJD/JLA

## CERTIFICATE OF SERVICE

I certify that all parties were served with this letter by virtue of filing it electronically with the United States Court of Appeals for the First Circuit, using the CM/ECF System, and that service of this letter will be sent by e-mail to all parties as indicated on the Notice of Electronic Filing.

*/s/ John J. Davis*
_____
John J. Davis, First Cir. No. 40366