# United States Court of Appeals
## For the First Circuit

———————————

No. 22-1954

INGE BERGE,

Plaintiff, Appellant,

v.

SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity;
ROBERTA A. EASON, in her personal capacity; and STEPHANIE DELISI, in her personal
capacity,

Defendants, Appellees.

———————————

**JUDGMENT**

Entered: July 15, 2024

This cause came on to be heard on appeal from the United States District Court for the
District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The
judgment dismissing the retaliation count against the individual defendants is vacated, and the
district court is directed to reinstate that count. The dismissal of the retaliation count against the
school committee and the judgment dismissing the declaratory counts are affirmed. The denial of
the motion for a temporary restraining order and preliminary injunction is affirmed. The matter is
remanded to the district court for further proceedings consistent with the opinion issued this day.
Costs are awarded to Inge Berge.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. Angel Kelley, Robert Farrell, Clerk, United States District Court for the District of
Massachusetts, Marc John Randazza, Jay Marshall Wolman, Robert J. Morris II, John Joseph
Davis Jr., Justin Lee Amos, Ronald Gary London, Jaba Tsitsuashvili, Patrick M. Jaicomo, Anna
Bidwell, Ruth A. Bourquin, Alexandra Arnold, Matthew R Segal, Jennifer Safstrom