# United States Court of Appeals
## For the First Circuit

# BILL OF COSTS FORM

Please see 1st Cir. R. 39.0 for instructions before completing this form. A request for costs must be filed within 14 days of judgment. Fed. R. App. P. 39(d)(1). Any opposition must be filed within 14 days after service of the request. Fed. R. App. P. 39(d)(2). A schedule of Maximum Rates for Taxation of Costs is posted on the court's website at www.ca1.uscourts.gov and is available by request to the clerk's office. See 1st Cir. R. 39.0. A copy of a vendor's bill showing actual costs incurred must be attached, if applicable. If the briefs were produced in-house, a statement from counsel must be attached specifying the actual cost for reproduction, binding and covers. Costs are taxed at the maximum rates set by the clerk or at the actual cost, whichever is lower. 1st Cir. R. 39.0(a). The maximum number of copies for which costs may be recovered is set forth in 1st Cir. R. 39.0(b).

Case No.: 22-1954          Title: Berge Adv. Gloucester

Filed on behalf of: Inge Berge

The Clerk is requested to tax the following costs against: Ben Lummis, Roberta A. Eason, and Stephanie Delisi.

IF SEEKING COSTS FOR OR AGAINST THE UNITED STATES, pursuant to Fed. R. App. P. 39(b), please specify statutory or other authority:

| COSTS TAXABLE UNDER FED. R. APP. P. 39 and 1st CIR. R. 39.0 | AMOUNT REQUESTED | | | | | | For internal use only |
|---|---|---|---|---|---|---|---|
| | NO. OF COPIES | PAGES PER COPY | COST PER PAGE | COST PER BINDING | COST PER COVER | TOTAL COST | |
| DOCKETING FEE $500.00* | | | | | | $500.00 | |
| BRIEF | 9 | 68 | $0.20 | $5.00 | | $325.04 | |
| REPLY BRIEF | 10 | 28 | $0.20 | $5.00 | | $322.32 | |
| APPENDIX | 5 | 169 | $0.20 | $5.00 | | $351.63 | |
| TOTAL AMOUNT REQUESTED: | | | | | | **$1,498.99** | |

I, Jay M. Wolman, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action. A certificate of service is attached pursuant to Fed. R. App. P. 25(d).

Signed: /s/ Jay M. Wolman          Dated: July 29, 2024.

---

*If the notice of appeal or petition was filed before December 1, 2013, the docketing fee is $450. If it was filed on or after that date, the docketing fee is $500.

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: July 29, 2024.          RANDAZZA LEGAL GROUP, PLLC

/s/ Jay M. Wolman
Jay M. Wolman

# Supreme Court Press

1089 Commonwealth Avenue, Suite 283  
Boston, Massachusetts  02215  
Phone: (888) 958-5705 | Fax: (888) 958-5798  
Email: accounting@supremecourtpress.com



## FINAL Invoice

| | | | |
|---|---|---|---|
| **Client:** | Cassidy Curran | **Date:** | Feb 27, 2023 |
| **Firm:** | Randazza Legal Group, PLLC | **Case:** | *Inge Berge v. Sch. Comm. Gloucester et al.* |
| **Phone:** | (702) 420-2001 | **Type:** | 1st Circuit Appellant Brief, Appx |
| **Address**: | 100 Pearl Street, 14th Floor | **Email:** | csc@randazza.com |
| | Hartford, CT 06103 | **Invoice #:** | 458188 |

| Qty | Item Description | | Amount |
|---|---|---|---:|
| 1 | **1st Circuit Appellant Brief, Appx** | $ | |
| | **E-File / Press File Preparation**<br>Client to provide a formatted, compliant E-File / Press File<br>    Appellant Brief: Blue cover, 68 pages, single side<br>    Appellant Appendix: White Cover, 169 pages, double side | $ | 0.00 |
| | **Printing**<br>Printing Set Up Fee [prepress, scheduling, bindery]<br>    2 Brief Volumes @ $135 = $270<br>1367 Brief Pages @ $0.2 per printed page = $104.40<br>14 Cover Binds @ $5 per Individual Book = $70.00 | $ | 613.40 |
| | **Shipping/Courier** | $ | 50.00 |
| | **Other Fees** | $ | 0.00 |
| | **Total** | $ | 663.40 |
| | **Total    by Check/Wire** | $ | 663.40 |
| | **Total    by Card** | $ | 676.67 |

**Terms and Conditions:**

We accept checks, wires, money orders, and credit/debit cards. If you mail a check, you must provide a tracking number for the shipment with a check image. There is a 2% fee on credit/debit cards to partially offset the high transaction fees. Payment of any outstanding balance is due prior to the print date or project completion date. There are no refunds.

- The Supreme Court Press (SCP) does not provide legal advice. The strategic decisions and wording choices are the sole province of the Client. SCP does not calculate filing deadlines. It is the Client's responsibility to manage to and meet their deadlines. SCP does not provide a binding guarantee that a document will print or ship on any specific day. Remember that printing is a production process requiring machinery, materials, labor, energy, and transportation, and that this process is fallible.
- Late submission, late edits, or slow Client proof review may result in additional night/weekend/early AM charges at $150/hr.
- Limitation on liability: SCP shall not be liable for any amount in excess of that paid by the Client. If there is a physical misprint, SCP will offer to reprint the document at no additional cost to Client.

# Supreme Court Press

1089 Commonwealth Avenue, Suite 283
Boston, Massachusetts 02215
Phone: (888) 958-5705 | Fax: (888) 958-5798
Email: accounting@supremecourtpress.com



## FINAL INVOICE

| | | | |
|---|---|---|---|
| **Client:** | Cassidy Curran | **Date:** | May 22, 2023 |
| **Firm:** | Randazza Legal Group, PLLC | **Case:** | *Inge Berge v. Sch. Com. Gloucester* |
| **Phone:** | (702) 420-2001 | **Type:** | 5th Circuit Appellant Reply |
| **Address**: | 30 Western Ave | **Email:** | csc@randazza.com |
| | Gloucester, MA 01930 | **Invoice #:** | 458456 |

| Item Description | | Amount |
|---|---|---:|
| **5th Circuit Appellant Reply** | | |
| **E-File / Press File Preparation** <br> Client to provide a formatted, compliant E-File / Press File <br> Appellant Reply Brief: 10 copies, gray cover, single side, 28 pages | $ | 0.00 |
| **Printing** <br> Printing Set Up Fee [prepress, scheduling, bindery] <br>    1 Brief Volumes @ $135 = $135 <br>     280 Brief Pages @ $0.2 per printed page = $56.00 <br>     10 Cover Binds @ $5 per Individual Book = $50.00 | $ | 241.00 |
| **Shipping/Courier** | $ | 75.00 |
| **Other Fees** | $ | 0.00 |
| **Total by Check/WIre** | $ | 316.00 |
| **Total by Card** | $ | 322.32 |

**Terms and Conditions:**

- We accept checks, wires, money orders, and credit/debit cards. If you mail a check, you must provide a tracking number for the shipment with a check image. There is a 2% fee on credit/debit cards to partially offset the high transaction fees. Payment of any outstanding balance is due prior to the print date or project completion date. There are no refunds.
- The Supreme Court Press (SCP) does not provide legal advice. The strategic decisions and wording choices are the sole province of the Client. SCP does not calculate filing deadlines. It is the Client's responsibility to manage to and meet their deadlines. SCP does not provide a binding guarantee that a document will print or ship on any specific day. Remember that printing is a production process requiring machinery, materials, labor, energy, and transportation, and that this process is fallible.
- Late submission, late edits, or slow Client proof review may result in additional night/weekend/early AM charges at $150/hr.
- Limitation on liability: SCP shall not be liable for any amount in excess of that paid by the Client. If there is a physical misprint, SCP will offer to reprint the document at no additional cost to Client.