# United States Court of Appeals
## For the First Circuit

No. 22-1954

INGE BERGE,

Plaintiff - Appellant,

v.

SCHOOL COMMITTEE OF GLOUCESTER; BEN LUMMIS, in his personal capacity; ROBERTA A. EASON, in her personal capacity; STEPHANIE DELISI, in her personal capacity,

Defendants - Appellees.

**MANDATE**

Entered: August 6, 2024

In accordance with the judgment of July 15, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Angel Kelley
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Marc John Randazza
Jay Marshall Wolman
Robert J. Morris II
John Joseph Davis Jr.
Justin Lee Amos
Ronald Gary London
Jaba Tsitsuashvili
Patrick M. Jaicomo
Anna Bidwell
Ruth A. Bourquin
Alexandra Arnold
Matthew R Segal
Jennifer Safstrom