OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

August 27, 2024

Mr. Jay Marshall Wolman, Esq.
Randazza Legal Group PLLC
30 Western Ave
Gloucester, MA 01930

In re: 22-1954, Berge v. School Committee of Gloucester, et al

Dear Attorney Wolman:

Appellant Inge Berge's bill of costs seeks to recover costs in excess of that allowed. Specifically, the bill of costs seeks to recover copying at $.20 per page where $.10 is allowed and $5 for binding $3.50 is allowed. See Local. Rule 39.0(a).

Accordingly, we propose to tax costs in favor of Appellant Inge Berge as follows:

Reproduction of appellant's brief:
[Brief (68 pages x $.1 per page)] x 9 copies =       $61.20
[Bindings (1 per brief x $3.50)] x 9 copies =        $31.50

Reproduction of appellant's appendix:
[Brief (169 pages x $.1 per page)] x 5 copies =      $84.50
[Bindings (1 per brief x $3.50)] x 5 copies =        $17.50

Reproduction of appellant's reply brief:
[Brief (28 pages x $.1 per page)] x 10 copies =      $28.00
[Bindings (1 per brief @ $3.50)] x 10 copies =       $35.00

Docketing Fee Notice of Appeal                       $500.00

**Total: $757.70**

Any objection to this letter must be filed within ten days.

Sincerely,

Maria R. Hamilton Clerk

cc:
Deborah A. Derry
Stephanie A. Williams
Ryan E. Borneman
Breeana Joelle Somers