# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 22-1954        Short Title: Berge v School Committee of

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

School Committee of Gloucester, Ben Lummis, Roberta Eason, Stephanie Delisi   as the

[ ] appellant(s)        [✓] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)       [ ] respondent(s)      [ ] intervenor(s)

/s/ John J. Davis
Signature

12-14-2022
Date

John J. Davis
Name

PIERCE DAVIS & PERRITANO LLP
Firm Name (if applicable)

(617) 350-0950
Telephone Number

10 Post Office Sq., Suite 1100N
Address

(617) 350-7760
Fax Number

Boston, MA 02109
City, State, Zip Code

jdavis@piercedavis.com
Email (required)

Court of Appeals Bar Number: 40366

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes    Court of Appeals No.

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on December 14, 2022.

*/s/ John J. Davis*
_____
John J. Davis, Esq.