# United States Court of Appeals
## For the First Circuit

_____

### DOCKETING STATEMENT

**No.** 22-1954                **Short Title:** Berge v. School Committee of Gloucester, et al.

**Type of Action**

- [✔] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 12/05/2022
   2. Date this notice of appeal filed 12/05/2022
      If cross appeal, date first notice of appeal filed_____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)_____
   4. Date of entry of order deciding above post-judgment motion_____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)_____
      Time extended to_____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [✔] Yes   [ ] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes  [✔] No
         If yes, explain_____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes  [✔] No
         If yes, explain_____

C. Has this case previously been appealed?  [ ] Yes  [✔] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [ ] Yes  [✔] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below?  ☐ Yes  ☑ No
    If yes, is a transcript necessary for this appeal?  ☐ Yes  ☑ No
    If yes, is transcript already on file with district court?  ☐ Yes  ☑ No

F.  List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

  1. Adverse party School Committee of Gloucester
     Attorney John Davis
     Address 10 Post Office Square, Suite 1100, Boston, MA 02109
     Telephone (617) 350-7760

  2. Adverse party Ben Lummis
     Attorney John Davis
     Address 10 Post Office Square, Suite 1100, Boston, MA 02109
     Telephone (617) 350-7760

  3. Adverse party Roberta A. Eason
     Attorney John Davis
     Address 10 Post Office Square, Suite 1100, Boston, MA 02109
     Telephone (617) 350-7760

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

  1. Appellant's name Inge Berge
     Address
     Telephone

     Attorney's name Marc J. Randazza
     Firm Randazza Legal Group, PLLC
     Address 30 Western Avenue, Gloucester, MA 01930
     Telephone (702) 420-2001

  2. Appellant's name
     Address
     Telephone

     Attorney's name
     Firm
     Address
     Telephone

    Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

     Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Marc J. Randazza
Date  December 21, 2022