# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1954            **Short Title:** Berge v. School Committee of Gloucester, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Institute for Justice</u> as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

<u>/s/ Anna J. Goodman</u>                    <u>March 2, 2023</u>
Signature                                    Date

<u>Anna J. Goodman</u>
Name

<u>Institute for Justice</u>                  <u>(703) 682-9320</u>
Firm Name (if applicable)                    Telephone Number

<u>901 North Glebe Road, Suite 900</u>        <u>(703) 682-9321</u>
Address                                      Fax Number

<u>Arlington, VA 22203</u>                    <u>agoodman@ij.org</u>
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: <u>1207113</u>

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).