# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1954     **Short Title:** Berge v. School Committee of Gloucester, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Institute for Justice</u> as the

[ ] appellant(s)     [ ] appellee(s)     [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

<u>/s/ Jaba Tsitsuashvili</u>     <u>March 2, 2023</u>
Signature     Date

<u>Jaba Tsitsuashvili</u>
Name

<u>Institute for Justice</u>     <u>(703) 682-9320</u>
Firm Name (if applicable)     Telephone Number

<u>901 North Glebe Road, Suite 900</u>     <u>(703) 682-9321</u>
Address     Fax Number

<u>Arlington, VA 22203</u>     <u>jtsitsuashvili@ij.org</u>
City, State, Zip Code     Email (required)

Court of Appeals Bar Number: <u>1207112</u>

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes    Court of Appeals No. _____

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).