# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1954     **Short Title:** Berge v. School Committee of Gloucester, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Institute for Justice _____ as the

[ ] appellant(s)     [ ] appellee(s)     [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

/s/ Patrick Jaicomo
Signature

March 2, 2023
Date

Patrick Jaicomo
Name

Institute for Justice
Firm Name (if applicable)

(703) 682-9320
Telephone Number

901 North Glebe Road, Suite 900
Address

(703) 682-9321
Fax Number

Arlington, VA 22203
City, State, Zip Code

pjaicomo@ij.org
Email (required)

Court of Appeals Bar Number: 1207114

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes   Court of Appeals No. _____

==============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.**  New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court.  1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.**  Counsel not yet admitted to practice before this court must promptly submit a bar application.  1st Cir. R. 46.0(a)(2).