# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1954          **Short Title:** Berge v. School Committee of Gloucester, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Institute for Justice _____ as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Anna Bidwell                                   March 2, 2023
Signature                                          Date

Anna Bidwell
Name

Institute for Justice                              (703) 682-9320
Firm Name (if applicable)                          Telephone Number

901 North Glebe Road, Suite 900                    (703) 682-9321
Address                                            Fax Number

Arlington, VA 22203                                abidwell@ij.org
City, State, Zip Code                              Email (required)

Court of Appeals Bar Number: **1207115**

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes     Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).