# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 22-1954     **Short Title:** Berge v. School Committee of Gloucester, et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Foundation for Individual Rights and Expression</u> as the

[ ] appellant(s)     [ ] appellee(s)     [✓] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

<u>/s/ Ronald London</u>
Signature

<u>March 2, 2023</u>
Date

<u>Ronald London</u>
Name

<u>Foundation for Individual Rights and Expression</u>
Firm Name (if applicable)

<u>(215) 717-3473</u>
Telephone Number

<u>700 Pennsylvania Ave. SE, Suite 340</u>
Address

Fax Number

<u>Washington, DC 20003</u>
City, State, Zip Code

<u>ronnie.london@thefire.org</u>
Email (required)

Court of Appeals Bar Number: <u>1183316</u>

Has this case or any related case previously been on appeal?

[✓] No     [ ] Yes     Court of Appeals No.

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).